**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/16/2021
```

**Cristian Sanchez, on behalf of himself and all
others similarly situated,**

                               **Plaintiff,**

               **-against-**

**Beckett Collectibles, LLC,**

                               **Defendant.**

**1:21-cv-01645 (PGG) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        In view of the Notice of Settlement filed by the parties on August 12, 2021 (ECF No. 21),
it is hereby Ordered that the Initial Pretrial Conference scheduled for August 23, 2021 is
adjourned *sine die*.

**SO ORDERED.**

DATED:     New York, New York
           August 16, 2021

_____
STEWART D. AARON
United States Magistrate Judge